


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

CORMIER, BRETT
PROCIDA TILE IMPORTERS, LLC

Case No. 08-22428-BKC-PGH
Chapter 7

Debtor(s).

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX)  The Trustee has a balance of **$20.34** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 24, 2011

Robert C. Furr
2255 Glades Road, Ste 337W
Boca Raton FL 33431
Telephone: (561) 395-1840
Facsimile: (561) 338-7532
Email: trustee@furrtrustee.com

NAME:    CORMIER, BRETT
               PROCIDA TILE IMPORTERS, LLC

CASE NO:    08-22428-BKC-PGH

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 2-C | Staples, Inc<br>300 Arbor Lake Dr<br>Columbia, Sc 29223 | $117.19 | $0.35 |
| 2-P | American International Tile Inc.<br>850 Pratt Boulevard<br>Elk Grove Village, IL 60007 | $1,005.00 | $3.00 |
| 7-C | Yellow Book USA<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | $837.00 | $2.50 |
| 8-C | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1,516.99 | $4.53 |
| 13-P | Home Town News<br>1102 South US 1<br>Fort Pierce, FL 34950 | $1,500.00 | $4.48 |
| 19-P | KEMPER BUSINESS SYSTEMS<br>1100 East Strawbridge Ave<br>Melbourne, FL 32901-4777 | $265.00 | $0.79 |
| 20-C | Waste Management - RMC<br>2625 W Grandview Rd #150<br>Phoenix, AZ 85023 | $283.57 | $0.85 |
| 24-C | Tiles & Stones<br>c/o Johnson Morgan & White<br>6800 Broken Sound Parkway<br>Boca Raton, FL 33487-2788 | $413.40 | $1.23 |
| 27-P | Waste Pro Ft. Pierce<br>4100 Selvitz Road<br>Fort Pierce, FL 34981 | $873.16 | $2.61 |
| | | Total: | $20.34 |